UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-

DERRICK D. JACKSON,

        Defendant.

_____/

Case: 5:21-cr-20344
Judge: Levy, Judith E.
MJ: Patti, Anthony P.
Filed: 05-20-2021 At 09:56 AM
INDI USA V. JACKSON (DA)

Violation:   18 U.S.C. § 1958(a)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

**(18 U.S.C. § 1958(a) – Use of Interstate Commerce Facilities
in the Commission of Murder-for-Hire)**

From on or about May 4, 2021 through on or about May 6, 2021, in the Eastern District of Michigan, the defendant, Derrick D. JACKSON, used, and caused another to use, a facility of interstate commerce, to wit: telephone(s) and motor vehicle(s), with the intent that the murder of L.A. be committed in violation of the laws of the State of Ohio as consideration for the receipt of, and as consideration for a promise and agreement to pay, a thing of pecuniary value, to wit: United States currency, in violation of Title 18, United States Code, Section 1958(a).

1

## FORFEITURE ALLEGATIONS

## (18 U.S.C. § 981 & 28 U.S.C. § 2461 – Criminal Forfeiture)

1. The allegations contained in Count One of this Indictment are hereby incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2. Upon being convicted of violating Title 18, United States Code, Section 1958(a), as set forth in this Indictment, the defendant, Derrick D. JACKSON, shall forfeit to the United States any property, real or personal, constituting, or derived from, any proceeds traceable to such violation, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek to forfeit any other property of such convicted defendant up to the value of the forfeitable property described above.

THIS IS A TRUE BILL.

*s/Grand Jury Foreperson*
Grand Jury Foreperson

Date: May 19, 2021

SAIMA S. MOHSIN
Acting United States Attorney

CRAIG WININGER
Assistant United States Attorney
Chief, Violent and Organized Crime Unit

*s/ William M. Sloan*
William M. Sloan
Assistant United States Attorney

| United States District Court<br>Eastern District of Michigan | Criminal Case Cov⟨ | Case: 5:21-cr-20344<br>Judge: Levy, Judith E.<br>MJ: Patti, Anthony P.<br>Filed: 05-20-2021 At 09:56 AM<br>INDI USA V. JACKSON (DA) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes   ☒ No | AUSA's Initials: _wms_ |

Case Title: USA v. DERRICK D. JACKSON

County where offense occurred: Wayne

Check One:     ☒ Felony       ☐ Misdemeanor       ☐ Petty

```
____Indictment/____Information --- no prior complaint.
 ✓  Indictment/____Information --- based upon prior complaint [Case number: 21-mj-30215    ]
____Indictment/____Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].
```

**Superseding Case Information**

Superseding to Case No: _____       Judge: _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

May 19, 2021
Date

_William M. Sloan (signature)_
William M. Sloan
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9611
Fax:    (313) 226-5464
E-Mail address: William.Sloan2@usdoj.gov
Attorney Bar #: No Mich. Bar Number

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.